IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **BETTIE ASHLEY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:15cv842-MHT |
| ) | (WO) |
| **COMMUNITY ACTION AGENCY** ) | |
| **OF CENTRAL ALABAMA** ) | |
| **("CAACA"),** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the stipulation of dismissal (doc. no. 23), it is the ORDER, JUDGMENT, and DECREE of the court that plaintiffs Aretha Bettis, LaQuanda S. Daniel, Michelle McWhorter, and Mammie Rudolph and the claims against them are dismissed with prejudice and that said plaintiffs are terminated as parties, with costs taxed to the parties incurring them.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The case is not closed.

DONE, this the 8th day of March, 2017.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**