IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **BETTIE ASHLEY, et al.,** ) | |
| ) | |
|    **Plaintiffs,** ) | |
| ) | **CIVIL ACTION NO.** |
|    **v.** ) | **2:15cv842-MHT** |
| ) | **(WO)** |
| **COMMUNITY ACTION AGENCY** ) | |
| **OF CENTRAL ALABAMA** ) | |
| **("CAACA"),** ) | |
| ) | |
|    **Defendant.** ) | |

**JUDGMENT**

Pursuant to the stipulation of dismissal (doc. no. 27), it is the ORDER, JUDGMENT, and DECREE of the court that plaintiffs Latonya M. Langford, Cheryl D. Moore, and Janine E. Brouillete and the claims by them are dismissed with prejudice and that said plaintiffs are terminated as parties, with costs taxed to the parties incurring them, provided that any party may move to request reinstatement of the case within 45 days if all terms of the settlement are not completed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**The case is not closed.**

**DONE, this the 6th day of April, 2017.**

        /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**